# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Zwart, Cheryl R. | U.S. District Court--Nebraska | 5/15/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge--Full-time | ☐ Nomination    Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

Robert V. Denney Courthouse
100 Centennial Mall, N. #566
Lincoln, NE 68508

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Past President--effective 5/2010 to 5/2011 | Robert Van Pelt Inn of Court Lincoln, Nebraska |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zwart, Cheryl R. | 5/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | UNL Law School--teaching | $5,400.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zwart, Cheryl R. | 5/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | USAA | Credit card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zwart, Cheryl R. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1 Lincoln, NE 2007 65,000 | | None | L | R | | | | | |
| 2. Rental Property #2 Orlando, FL 2008 $142,000 | | None | M | R | | | | | |
| 3. Farmland, Lincoln County, SD 1/3 of $219,000*-seeVIII | | None | M | S | | | | | |
| 4. Disney Vacation Club, Lake Buena Vista, FL 12,000 8/1992 | | None | J | R | | | | | |
| 5. Vanguard GNMA Fund Investor Shares | A | Dividend | J | T | | | | | |
| 6. Vanguard Inflation-Protected Securities Fund Investor Shares | A | Dividend | J | T | | | | | |
| 7. Vanguard Intermediate Term Bond Index Fund Investor Shares | A | Dividend | J | T | | | | | |
| 8. Vanguard Long-Term Investment-Grade Fund Investor Shares | A | Dividend | J | T | | | | | |
| 9. Vangaurd Global Equity Fund | A | Dividend | J | T | | | | | |
| 10. Vanguard Primecap Core Fund | A | Dividend | K | T | | | | | |
| 11. Vanguard Windsor II Fund | A | Dividend | K | T | | | | | |
| 12. Vanguard Intermediate Term Bond Index Admiral Shares Fund | A | Dividend | J | T | | | | | |
| 13. Dodge & Cox Stock Fund | A | Dividend | K | T | | | | | |
| 14. Dodge & Cox Balanced Fund | A | Dividend | J | T | | | | | |
| 15. Dodge & Cox Income Fund | A | Dividend | K | T | | | | | |
| 16. Dodge & Cox International Stock Fund | A | Dividend | K | T | | | | | |
| 17. Fairholme Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zwart, Cheryl R. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. USAA High-Yield Opportunities Fund | B | Dividend | K | T | Buy (add'l) | 02/15/11 | J | | David Zwart, buyer |
| 19. USAA GNMA Trust | A | Int./Div. | J | T | Sold (part) | 02/15/11 | J | A | David Zwart, seller |
| 20. USAA Income fund | A | Int./Div. | J | T | | | | | |
| 21. USAA Intermediate Term Bond fund | A | Int./Div. | J | T | | | | | |
| 22. USAA Short-term Bond Fund | A | Int./Div. | J | T | | | | | |
| 23. USAA Precious Metals and Minerals fund | A | Dividend | J | T | Sold (part) | 01/19/11 | J | A | David Zwart, seller |
| 24. USAA Precious Metals and Minerals fund | A | Dividend | J | T | Sold (part) | 01/24/11 | J | A | David Zwart, seller |
| 25. USAA Precious Metals and Minerals fund | A | Dividend | J | T | Sold (part) | 01/31/11 | J | A | David Zwart, seller |
| 26. USAA World Growth Fund | A | Dividend | K | T | Buy (add'l) | 01/24/11 | J | | David Zwart, buyer |
| 27. USAA Target Retirement 2040 Fund | A | Int./Div. | J | T | Buy (add'l) | 01/19/11 | J | | David Zwart, buyer |
| 28. USAA Target Retirement fund | A | Int./Div. | J | T | Buy (add'l) | 01/31/11 | J | | David Zwart, buyer |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

IIIB

All 2010 and 2011 noninvestment income for ▬▬▬ was received from the United States as Air Force active duty military pay and Department of Defense military technician pay.
▬▬▬▬▬▬

VII line 3

Under ▬▬▬ will, I received a 1/3 joint interest in 80 acres of farmland (which included a farmstead), subject to a life estate, on October 1, 2001. I am now a 1/3 owner of the remaining 73 acres subject to the life estate.

VII lines 18-28

These lines reflect accounts held and exchanges within ▬▬▬ IRA rollover account.

| Name of Person Reporting | Date of Report |
|---|---|
| Zwart, Cheryl R. | 5/15/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cheryl R. Zwart**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544